UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG LANG

                Petitioner,

                                  CIVIL CASE NO. 04-40094

v.

DAVID JAMROG,                        HONORABLE PAUL V. GADOLA
                                                   U.S. DISTRICT COURT

                Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

      Before the Court is Petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and the Report and Recommendation of the Honorable Virginia M. Morgan, United States Magistrate Judge. The Magistrate Judge recommends that this Court deny Petitioner's application for writ of habeas corpus. The Magistrate Judge filed the Report and Recommendation on August 29, 2006 and notified all the parties that any objections must be filed within ten days of service. Neither party has filed objections to the Report and Recommendation.

      The Court's standard of review for a Magistrate Judge's Report and Recommendation depends upon whether a party files objections. If a party does not object to the Report and Recommendation, the Court does not need to conduct a review by any standard. *See Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Since neither party has filed objections to the

Report and Recommendation, the Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry 33] is **ACCEPTED and ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner's application for writ of habeas corpus [docket entry 1] is **DENIED**.

**SO ORDERED.**

Dated:     October 31, 2006                    s/Paul V. Gadola
                                               HONORABLE PAUL V. GADOLA
                                               UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on   November 1, 2006  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
                           Raina I. Korbakis                            , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:                 Craig Lang                .


                                               s/Ruth A. Brissaud
                                               Ruth A. Brissaud, Case Manager
                                               (810) 341-7845